FILED
2017 Jul-24 AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT "A"

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2017-0107 |

_____ and EEOC
*(State or local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Amanda Eckl | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | Florence, AL 35630 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Lauderdale County Board of Education | +100 | 256-760-1300 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 355 County Road 61 | Florence, AL 35634 | Lauderdale |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST: September 1, 2016   LATEST:
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

After filing an EEOC Charge of Discrimination alleging pay and sex discrimination (EEOC Charge # 420201600618) I was asked to resign and reapply for my job. I refused to resign, but was still required to reapply for my position. The school board then voted on whether to allow me to keep a job. My position was actually eliminated and replaced with a position not eligible for the higher pay scale used for the male employee described in the prior charge.

RECEIVED
FEB 13 2017
U.S. EEOC
Birmingham District Office

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date _____ Charging Party *(Signature)*

| | |
|---|---|
| 11/21/16 *Amanda J. Eckl* <br> Date  Charging Party Signature | Zachary Hays <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) <br> 11-22-16 |

| CHARGE ☒ DISCRIMINATION | | | AGENCY ☐ FEPA ☒ EEOC | CHARGE NUMBER 420-2017-0113 |
|---|---|---|---|---|

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

_____ and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) Jessica VanDerVelde | | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE Florence, AL 35630 | | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Lauderdale County Board of Education | NO. OF EMPLOYEES/MEMBERS +100 | TELEPHONE NUMBER (Include Area Code) 256-760-1300 |
|---|---|---|
| STREET ADDRESS 355 County Road 61 | CITY, STATE AND ZIP CODE Florence, AL 35634 | COUNTY Lauderdale |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | EARLIEST      LATEST<br>September 1, 2016<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

After filing an EEOC Charge of Discrimination alleging pay and sex discrimination (EEOC Charge # 420201600620) I was asked to resign and reapply for my job. I refused to resign, but was still required to reapply for my position. The school board then voted on whether to allow me to keep a job. My position was actually eliminated and replaced with a position not eligible for the higher pay scale used for the male employee described in the prior charge.

RECEIVED FEB 13 2017 U.S. EEOC Birmingham District Office

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date _____ Charging Party (Signature)

| | |
|---|---|
| 11/21/16 _Jessica VanWilde_ <br> Date  Charging Party Signature | _Zachary Hrey_ <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) <br> 11-22-16 |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2017-01112 |

_____ and EEOC
*(State or local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.)<br>Angela West | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE<br>Florence, AL 35630 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Lauderdale County Board of Education | NO. OF EMPLOYEES/MEMBERS<br>+100 | TELEPHONE NUMBER (Include Area Code)<br>256-760-1300 |
|---|---|---|
| STREET ADDRESS<br>355 County Road 61 | CITY, STATE AND ZIP CODE<br>Florence, AL 35634 | COUNTY<br>Lauderdale |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: September 1, 2016    LATEST:
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

After filing an EEOC Charge of Discrimination alleging pay and sex discrimination (EEOC Charge # 420201600619) I was asked to resign and reapply for my job. I refused to resign, but was still required to reapply for my position. The school board then voted on whether to allow me to keep a job. My position was actually eliminated and replaced with a position not eligible for the higher pay scale used for the male employee described in the prior charge.

RECEIVED FEB 13 2017 U.S. EEOC Birmingham District Office

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date _____ Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

| Date | *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
|---|---|---|
| | | (month, day, year) |
| | | 11-28-16 |